JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAFAEL ARROYO, JR., ) Case No.: 2:18-CV-04234-JFW-E
)
    Plaintiff, ) **ORDER**
)
v. )
)
REGENCY INN-DOWNEY, LLC, a )
California Limited Liability )
Company; SG NANDA AGENCY, INC., a )
California Corporation; and Does 1-10, )
)
    Defendants. )

## ORDER

In the Notice of Settlement filed on September 11, 2018, Dkt. No. 23, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before October 26, 2018. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until October 26, 2018. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. Any dates set in this action are vacated.

**IT IS SO ORDERED.**

Dated: September 12, 2018                   _____
                                                     HONORABLE JOHN F. WALTER
                                                     United States District Judge